JOHN S. McLEAN, Executor, etc., Respondent, *v.* WILLIAM T. McLEAN et al., Appellants.

(Argued June 1, 1875; decided June 8, 1875.)

*F. Tillou* for the appellants.

*Alfred W. Lowerre* for the respondent.

Agree to affirm.    No opinion.
All concur.
Order affirmed.